LAW FIRM OF ELEANOR VALE
ELEANOR VALE, Esq.
EV5827
141 East 56th Street, Ste 3H
New York, New York 10022
Tel:(212) 956-0440     Email: eleanor.vale@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALMONT, INC.,
            Plaintiff

     -against-

VF CORPORATION, INC., VFO, INC., and
KONTOOR BRANDS, INC.

            Defendants

Civil Action No. 21-cv-7223

> Plaintiff's motion to remand the case to New York state court is DENIED for failure to comply with Individual Rule III.A.3.  Pursuant to Individual Rule III.A.3, by **September 10, 2021**, Plaintiff shall file a pre-motion letter not to exceed three single-space pages citing the controlling authorities that Plaintiff contends would warrant granting the motion.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 7.
>
> Dated: September 7, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

## NOTICE OF MOTION TO REJECT REMOVAL MOTION and/or FOR TRANSFER BACK TO SUPREME COURT

PLEASE TAKE NOTICE that Plaintiff, VALMONT, INC. pursuant to Rules 7 and 11 of the FRCP and the motion rules of the Honorable Lorna Schofield, upon the accompanying affidavit of Nicholas Vale; the Declaration of Eleanor Vale, attorney for plaintiff, with exhibits annexed thereto; Memorandum of Law and all prior pleadings heretofore filed by plaintiff's counsel, will move this Court before the Honorable Lorna Schofield., United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date and at a time to be designated by the Court, for an Order:  (i) denying VFCorp motion for Removal; (ii) granting plaintiff's motion for allowing case to stay in/or transfer back to Supreme Court; (iii) awarding plaintiff all costs and attorney's fees incurred in connection with the instant action and

this motion; and (iii) granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       Sept.1, 2021

                                          Respectfully submitted

                                          /s/ *Eleanor Vale*
                                          Eleanor Vale

To:    Sheppard Mullin Richter & Hampton, LLP
        30 Rockefeller Plaza, New York, NY 10112
        Attn:  Tyler E. Baker
        Email: tbaker@sheppardmullin.com
        BY EMAIL only

        THE HONORABLE NANCY M. BANNON
        Supreme Court of the State of New York
        Index No.:  654048/2021 Filed 6/25/20