UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALMONT, INC.,
                       Plaintiff,

             -against-

VF CORPORATION INC., et al.,
                       Defendants.
------------------------------------------------------------X

21 Civ. 7223 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 23, 2021 (Dkt. No. 16), required Plaintiff to file an additional response to Defendants' September 1, 2021, letter (Dkt. No. 4) by September 29, 2021. The Order noted that, if Plaintiff intends to amend the Complaint, Plaintiff shall unambiguously state any intention to seek leave to amend;

WHEREAS, Plaintiff failed to submit the letter. It is hereby

**ORDERED** that, by **October 5, 2021**, Plaintiff shall file the letter.

Dated: September 30, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE