UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALMONT, INC.,
                              Plaintiff,

            -against-

VF CORPORATION INC., et al.,
                             Defendants.
------------------------------------------------------------X

21 Civ. 7223 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff's October 4, 2021, Letter, (Dkt. No. 18), stated that Plaintiff was prepared to file an amended complaint by October 12, 2021;

WHEREAS, the Court directed Plaintiff to file its amended complaint by October 12, 2021, (Dkt. No. 19);

WHEREAS, Plaintiff has not filed an amended complaint. It is hereby

**ORDERED** that Plaintiff shall file an amended complaint by **October 15, 2021**. If Plaintiff no longer seeks to prosecute this case, Plaintiff shall file a letter by **October 15, 2021**, stating its position. Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: October 13, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE