UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALMONT, INC.,

                        Plaintiff,

            -against-

KONTOOR BRANDS, INC., et al.,

                       Defendants.
------------------------------------------------------------X

21 Civ. 7223 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated September 15, 2021, scheduled a conference for November 4, 2021, at 10:50 a.m.  It is hereby

    **ORDERED** that the November 4, 2021, conference is rescheduled to **November 4, 2021, at 10:15 a.m.**  The conference will be held on conference line: **888-363-4749, access code: 558-3333**.  The parties shall be prepared to discuss Defendants' proposed motion to dismiss at the conference.

Dated: November 2, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**